**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAUDIA SEGURA-RERRAZA, | No. 09-73490 |
| Petitioner, | Agency No. A096-211-027 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 20, 2011[**]

Before:     RYMER, THOMAS, and PAEZ, Circuit Judges.

Claudia Segura-Rerraza, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for cancellation of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the agency's factual findings, *Ramos v. INS*, 246 F.3d 1264, 1266 (9th Cir. 2001), and we deny the petition for review.

Substantial evidence supports the agency's determination that Segura-Rerraza provided false testimony for the purpose of obtaining an immigration benefit, thereby rendering her unable to establish the requisite good moral character required for cancellation of removal. *See* 8 U.S.C. §§ 1101(f)(6), 1229b(b)(1)(B); *see also Ramos*, 246 F.3d at 1266. Segura-Rerraza's identification of an alternative interpretation of portions of her testimony is not sufficient to establish that the record compels reversal of the agency's determination. *See INS v. Elias-Zacarias*, 502 U.S. 478, 481 & n.1 (1992) (noting that "[t]o reverse the [agency] finding we must find that the evidence not only *supports* that conclusion but *compels* it") (emphasis in original).

**PETITION FOR REVIEW DENIED.**